Order issued November 8, 2012



004808

In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01125-CV

**YERMA RICE, Appellant**

V.

**PINNWELL INVESTMENT LLC, Appellee**

## ORDER

By order issued October 11, 2012, we denied as premature Yerma Rice's "motion for extension of time to file brief letter." We construed her motion as referring to the brief on the merits, which was not yet due because the appellate record had not yet been filed. The motion, however, referred to a letter brief we requested addressing our jurisdiction over the appeal. Accordingly, we **VACATE** our October 11, 2012 order. Because the jurisdictional brief remains due, we **GRANT** the extension motion and **ORDER** Rice to file her letter brief no later than November 21, 2012. Appellee shall file its response no later than December 3, 2012.

MOLLY FRANCIS
JUSTICE